**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01562-CR

**RICHARD WAYNE HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F00-55020-Q**

## ORDER

The Court **DENIES** appellant's May 31, 2013 pro se "Motion for Doctrine of Estoppel."

The Court dismissed the appeal for want of jurisdiction on February 25, 2013 and the Texas

Court of Criminal Appeals refused appellant's petition for discretionary review on May 15,

2013. The Court has no jurisdiction over collateral attacks to the conviction.


/s/     JIM MOSELEY
        JUSTICE